No. 264. L. SANTIAGO CARMONA ET AL., COMPOSING THE WORKMEN'S RELIEF COMMISSION OF PORTO RICO, ET AL. *v.* AMERICAN RAILROAD COMPANY OF PORTO RICO. Appeal from the District Court of the United States for Porto Rico. Motion submitted February 18, 1924. Decided February 25, 1924. Motion to transfer this cause to the Circuit Court of Appeals for the First Circuit granted,

pursuant to the Act of Congress of September 14, 1922, c. 305, 42 Stat. 837. *Mr. F. G. Munson* and *Mr. Grant T. Trent* for appellants. *Mr. Francis H. Dexter* and *Mr. H. Lewis Brown* for appellee.